THE PEOPLE OF THE STATE OF NEW YORK, Appellant. *v.* THEODORE WARE, Respondent.

(Argued April 30, 1883; decided May 8, 1883.)

| 92 | 653 |
| 108 | 301 |

MEM. of decision below (29 Hun, 473).

*A. J. Requier* for appellant.

*William F. Kintzing* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.